USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/28/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

LESTER PEARSON,  :

                          Plaintiff,  :

             -against-  :

DEPARTMENT OF CORRECTIONS, et al.,  :

                     Defendants.  :

--------------------------------------------------------- X

20-CV-9482 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on November 9, 2020. (Doc. 1.) On January 5, 2021, Plaintiff filed a second amended complaint ("Second Amended Complaint"). (Doc. 10.) On February 22, 2021, I issued an order of service. (Doc. 11.) On March 10, 2021, Defendant Cynthia Brann ("Brann") waived service, and her deadline to respond the Second Amended Complaint was May 10, 2021. (*See* Doc. 15.) On March 15, 2021 a Marshal's process receipt and return was filed indicating that Defendant Patsy Yang ("Yang") was served on March 8, 2021. (Doc. 16.) Yang's deadline to respond to the Second Amended Complaint was May 7, 2021. (*See id.*) On April 1, 2021 a Marshal's process receipt and return was filed indicating that Defendant Margaret Egan ("Egan") was served on March 24, 2021. (Doc. 17.) Egan's deadline to respond to the Second Amended Complaint was May 24, 2021. (*See id.*) To date, Defendants have not appeared or responded to the complaint. Plaintiff has filed a letter reiterating his concerns about his conditions of confinement at the Vernon C. Bain Center. (Doc. 14.) Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 18, 2021. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case

for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk's Office is

directed to mail a copy of this order to Pro Se Plaintiff.

SO ORDERED.

Dated:     May 28, 2021
           New York, New York

                         VERNON S. BRODERICK
                         United States District Judge