UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
                                :

LESTER PEARSON,                          :
                                :

                    Plaintiff     :

                                :

              -against-         :

                                :

DEPARTMENT OF CORRECTIONS, et al.,   :

                                :

                Defendants.  :
-------------------------------------------------------X

20-cv-9482 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/18/2021__

<u>VERNON S. BRODERICK, United States District Judge</u>:

       I am in receipt of Plaintiff Lester Pearson's order to show cause, motion for default

judgment, and memorandum of law in support of his motion for default judgment, dated June 15,

2021. (Docs. 19, 20, 21.) In accordance with my Emergency Individual Rules and Practices in

Light of COVID-19, Plaintiff is directed to obtain Certificates of Default from the Clerk of Court

pursuant to Rule 5(E). The Clerk of Court is respectfully directed to mail this order to Pro Se

Plaintiff. SO ORDERED.

Dated: June 18, 2021
      New York, New York

                              _____
                              Vernon S. Broderick
                              United States District Judge