UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
LESTER PEARSON,                                        :
:
                Plaintiff,           :
:          20-cv-9482 (VSB)
      -against-                                :
:               **ORDER**
DEPARTMENT OF CORRECTIONS et al.,        :
:
                Defendant.         :
:
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On August 30, 2021, I entered a Case Management Plan and Scheduling Order providing that all fact discovery in this matter shall be completed no later than December 16, 2021, that all discovery shall be completed no later than February 11, 2022, and that the Court shall conduct a post-discovery conference on February 17, 2022 at 3:00 p.m. (Doc. 42.) On October 1, 2021, Plaintiff filed a letter requesting, among other things, that all deadlines in the Case Management Plan and Scheduling Order be extended by at least two months due to the conditions on Rikers Island. (Doc. 44.) On October 7, 2021, I ordered the parties to "meet and confer and file a letter by on or before October 21, 2021 informing me whether they would like to extend the deadlines set in the Case Management Plan and Scheduling Order." (Doc. 46.) The parties did not do so.

       Accordingly, by or before December 17, 2021, Defendants are directed to confer with Plaintiff and file an update about the progress of discovery in this matter, addressing, among other things, the parties' views on whether to extend the deadlines set in the Case Management Plan and Scheduling Order.

       The Clerk of Court is respectfully directed to mail a copy of this order to Pro Se Plaintiff.

SO ORDERED.

Dated:  November 29, 2021
       New York, New York

Vernon S. Broderick
United States District Judge