UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LESTER PEARSON,                                              :
:
                              Plaintiff,   :
:      20-cv-9482 (VSB)
       -against-                                            :
:      **ORDER**
DEPARTMENT OF CORRECTIONS et al.,                            :
:
                              Defendants.  :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On August 30, 2021, I entered a Case Management Plan and Scheduling Order providing that all fact discovery in this matter shall be completed no later than December 16, 2021, that all discovery shall be completed no later than February 11, 2022, and that the Court shall conduct a post-discovery conference on February 17, 2022 at 3:00 p.m. (Doc. 42.) On October 1, 2021, Plaintiff filed a letter requesting, among other things, that all deadlines in the Case Management Plan and Scheduling Order be extended by at least two months due to the conditions on Rikers Island. (Doc. 44.) On October 7, 2021, I ordered the parties to "meet and confer and file a letter by on or before October 21, 2021 informing me whether they would like to extend the deadlines set in the Case Management Plan and Scheduling Order." (Doc. 46.) The parties did not do so. On November 29, 2021, I ordered Defendants "to confer with Plaintiff and file an update about the progress of discovery in this matter, addressing, among other things, the parties' views on whether to extend the deadlines set in the Case Management Plan and Scheduling Order," by or before December 17, 2021. (Doc. 47.) Defendants have not done so. Accordingly, it is hereby:

       ORDERED that Plaintiff's request that all deadlines in the Case Management Plan and

Scheduling Order be extended by two months, (Doc. 44), is GRANTED.  All fact discovery is to be completed no later than February 16, 2022.  All discovery is to be completed no later than April 11, 2022.  The post-discovery conference is adjourned from February 17, 2022 at 3:00 p.m. to April 15, 2022 at 3:00 p.m.

It is FURTHER ORDERED that Defendants shall attempt to confer with Plaintiff by or before December 27, 2021, and whether Defendants are able to confer with Plaintiff or not, Defendants shall file an update about the progress of discovery in this matter by or before December 27, 2021.  The status update should include an explanation, supported by legal authority, demonstrating good cause for Defendants' failure to abide by two court orders.  (*See* Docs. 46 & 47.)

The Clerk of Court is respectfully directed to mail a copy of this order to Pro Se Plaintiff.

SO ORDERED.

Dated:  December 20, 2021
        New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge