UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Lester Pearson,

                                  Plaintiff,

               – against –

Cynthia Brann, NYC Dept. of Corr. Commissioner; Patsy Yang, Health Dir. Comm.; Margaret Egan, Board of Corr. Exec. Dir.,

                                Defendant.

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

20 CV 9482 (VSB) (SDA)

------------------------------------------------------------------X

**WHEREAS** Plaintiff commenced this action against Defendants Cynthia Brann, Patricia "Patsy" Yang, and Margaret Egan (collectively, "Defendants") on or about November 9, 2020;

**WHEREAS** Defendants deny any and all liability arising out of Plaintiff's allegations in this action; and

**WHEREAS** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through the undersigned, as follows:

In consideration of payment of the sum set forth in paragraph "2" below, this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), without fees, costs, or expenses in excess of the amount specified in paragraph "2".

1. The City of New York shall pay six hundred dollars and zero cents ($600.00) in full satisfaction of all claims in the instant action, including all claims for attorneys' fees, costs, and expenses, incurred or accrued in the instant federal action.

Payment of the amount specified in paragraph "2" will be made by check payable

to "Lester Pearson," and mailed to Plaintiff's attorney, David Broderick, David J. Broderick, P.C., 70-20 Austin Street, Suite 111, Forest Hills, NY 11375.

In consideration of the payment of the amount specified in paragraph "2," Plaintiff agrees to the dismissal of all claims against Defendants, and to hereby release and discharge Defendants and the City of New York, and their successors and assigns, and all past and present officials, employees, departments, agencies, representatives, directors, and agents of the City of New York from any and all liability, claims, and/or rights of action from the beginning of the world to the date of execution of the Release in this action, whether known or unknown, that Plaintiff raised or could have raised in the Complaint, based upon or relating to the transactions, events, or occurrences alleged in this action, including claims for costs, expenses, and attorneys' fees.

Upon execution of this Stipulation and Order, Plaintiff shall execute a Release based upon the terms of paragraphs "2" through "4" above , and complete both an Affidavit Concerning Liens and a substitute W-9 form, and promptly provide the Release, Affidavit Concerning Liens, and substitute W-9 form to Defendants' undersigned counsel.

Payment of the amount specified in paragraph "2" is conditioned upon delivery of all documents reasonably necessary to effectuate this Stipulation and Order as described in paragraph "5".

Nothing contained herein shall be deemed to be an admission by Defendants that they have in any manner or way violated either Plaintiff's rights or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules, or regulations of the United States, the State of New York, the City of New York or any other rule, regulation, or bylaw of any department or subdivision of the City of New York.

Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

This Stipulation and Order shall not be admissible in, nor is it related to, any other litigation, proceeding, or settlement negotiation, except as may be necessary to enforce its terms.

This Stipulation and Order contains all of the terms and conditions agreed upon by the Parties, and no oral agreement entered into at any time, nor any written agreement entered into prior to the execution of this Stipulation and Order, regarding the subject matter of the instant proceeding shall be deemed to exist, to bind the Parties hereto, or to vary the terms and conditions contained herein.

The Stipulation and Order is final and binding on all Parties, as well as their successors and assigns.

This document may be executed in subparts, and, whether or not it is executed in subparts, a signature received by facsimile or electronic mail shall have the same force and effect as an original signature.

Dated:   New York, New York
         Nov. 30, 2022

David Broderick  
David J. Broderick, P.C.  
70-20 Austin Street, Suite 111  
Forest Hills, NY 11375  
(718) 830-0700  
Fax: (718) 732-2102  
brodericklegal@gmail.com

By: _____  
David Broderick, Esq.

Hon. Sylvia O. Hinds-Radix  
Corporation Counsel of the City of New York  
Attorney for Defendant  
100 Church Street  
New York, New York 10007  
(212) 356-0873  
ssprayre@law.nyc.gov

By: _____  
Sharon Sprayregen  
Assistant Corporation Counsel

SO ORDERED:

*Vernon Broderick*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE
12/1/2022